UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

APPEARANCE

Case No: 07-mj-01807

To the Court of this Court and all parties of record:

    Enter my appearance as counsel in this case for ZHAO ZHAN WU.

    I certify I am admitted to practice in this Court.

*Bobbi C. Sternheim*
BOBBI C. STERNHEIM- BS5768
Law Offices of Bobbi C. Sternheim
45 West 21st Street – Suite 3C
New York, New York 10010
Phone: 212-243-1100
Fax: 888-587-4737
bcsternheim@mac.com