ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

      - v -                      :     NOTICE OF INTENT TO
                                          FILE AN INFORMATION
Zhao Zhan Wu,
                                   :
                                         08 CRIM 329
           Defendant.        :

- - - - - - - - - - - - - - - x

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         April 7, 2008

                            MICHAEL J. GARCIA
                            United States Attorney

                      By: _____
                         Julian J. Moore
                         Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
    Bobbi C. Sternheim, Esq.
    Attorney for Zhao Zhan Wu

4/8/08  WHEEL A