**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-3-08

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

July 1, 2008

**BY FAX**
The Honorable William H. Pauley, III
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  **United States v. Zhao Zhan Wu**
      **08 Cr. 329 (WHP)**

Dear Judge Pauley:

**MEMO ENDORSED**

The Government writes to inform you that the defense in the above-referenced case has requested an adjournment of today's conference due to a pending trial defense counsel is overseeing. The Government has no objection. Accordingly, both parties respectfully request that today's conference be adjourned until a later date that is convenient for the Court.

The Government respectfully requests that the Court exclude time until the date of the next pre-trial conference, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial. Moreover, the parties are discussing a possible disposition to this case. Defense counsel consents to this request for the exclusion of time.

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
    JULIAN J. MOORE
    Assistant United States Attorney
    (212) 637-2473

cc:  Bobbi C. Sternheim, Esq. (by facsimile)

APPLICATION GRANTED. THE CONFERENCE
IS ADJOURNED TO AUGUST 14, 2008 AT 2:00 P.M.
**SO ORDERED:**  IN THE INTEREST OF JUSTICE.
                 TIME EXCLUDED UNDER
                 18 USC 3161(h)(8)(A)

_____
WILLIAM H. PAULEY III U.S.D.J.
7-1-08